AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2021 OCT 14 PM 1:04

CLERK

BY ___Lw___
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:21-mj-101-1 |
| ROBERT RENNER, a.k.a. "MIKE" | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 13, 2021__ in the county of __Chittenden__ in the
_____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1), 924(a) | Knowingly possessed a firearm in and affecting interstate commerce, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Samuel Brown, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 14, 2021

_____
*Judge's signature*

City and state: Burlington, Vermont        Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*