UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2021 OCT 21 PM 12: 20
CLERK
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

v.

ROBERT RENNER, aka "Mike,"
Defendant.

Crim. No.
2:21-cr-93-1

## INDICTMENT

The Grand Jury charges:

On or about October 13, 2021, in the District of Vermont, the defendant, ROBERT RENNER, aka "Mike," having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, knowingly possessed in and affecting commerce a firearm, that is a SCCY Industries model CPX-2 9mm pistol.

(18 U.S.C. § 922(g)(1) and 924(a)(2))

A TRUE BILL

**REDACTED**

FOREPERSON

_____ (by PJV)
JONATHAN A. OPHARDT
Acting United States Attorney
Burlington, Vermont
October 21, 2021