UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAR 25 PM 3: 19

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. No. 2:21-cr-93 |
| ROBERT RENNER,<br>Defendant. | |

SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE

On or about October 13, 2021, in the District of Vermont, the defendant, ROBERT RENNER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, knowingly possessed in and affecting commerce a firearm, that is a SCCY Industries model CPX-2 9mm pistol.

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

## COUNT TWO

On or about October 13, 2021, in the District of Vermont, the defendant, ROBERT RENNER, knowingly and intentionally possessed with the intent to distribute methamphetamine, a schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))


_____ (by JJB)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont

Date: 3/25/2022